OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBASSADOR PUBLICATIONS, L.L.C.,

          Plaintiff,

v.

REACHLOCAL, INC. and STEPHAN CESARINI,

          Defendants.

JUDGE SWAIN

07 CIV 5687



FRCP 7.1 STATEMENT



RECEIVED
JUN 1 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ReachLocal, Inc. (a private non-governmental party) certifies that it has no corporate parent and no publicly held corporations own 10% or more of ReachLocal, Inc.'s stock.

Dated: June 14, 2007
      New York, New York

                           LATHAM & WATKINS LLP

                       By: *Sabrina Hassan*
                          Sabrina Hassan (SH-2081)
                          Blair Connelly (BC-0237)
                          885 Third Avenue, Suite 1000
                          New York, New York 10022-4834
                          Tel: (212) 906-1200

                          *Attorneys for Defendants*
                          *ReachLocal, Inc. and Stephan Cesarini*

*Of Counsel:*

Daniel S. Schecter
Jason J. Kim
Amjad M. Khan

Michele L. Lorbieski
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
(213) 485-1234