UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBASSADOR PUBLICATIONS, L.L.C.,

                Plaintiff,

v.

REACHLOCAL, INC. and STEPHAN CESARINI,

                Defendants.

07 Civ. 5687 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

        BRENDAN HICKEY, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am employed by Latham & Watkins LLP and am not a party to this action.

        2.    On Thursday, June 14, 2007, at approximately 4:30pm, I served true and correct copies of a Notice of Removal, dated 6/14/07, Civil Cover Sheet, dated 6/14/07, FRCP 7.1 Disclosure Statement, dated 6/14/07, Individual Practices of Judge Laura Taylor Swain, Individual Practices of Magistrate Judge Debra Freeman, Third Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Procedures for Electronic Case Filing, by personal delivery upon:

                Peter T. Shapiro, Esq.
            Lewis, Brisbois, Bisgaard & Smith, LLP
              199 Water Street – 25th Floor
                New York, New York 10038
      Attorneys for Plaintiff Ambassador Publications, L.L.C.

by delivering and leaving same with Mr. Rodney Vivar, mailroom clerk at Lewis, Brisbois, Bisgaard & Smith, and a person who represented to me that he was duly authorized to accept such service.

        3.    I would describe Mr. Vivar as an Hispanic male, about 5 feet 9 inches tall, with black hair and dark eyes, about 25 years of age, weighing between 130 and 150 pounds. He was wearing glasses at the time of service.

_____
BRENDAN HICKEY

Sworn to before me this
15th day of June, 2007

_____
Notary Public

JASON A. GROSSMAN
Notary Public, State of New York
No. 02GR6144344
Qualified in Suffolk County
Commission Expires April 24, 2010