UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 05687 (LTS)

AMBASSADOR PUBLICATIONS, L.L.C.,

               Plaintiff,

- against –

REACHLOCAL, INC. and STEPHAN CESARINI,

               Defendants.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Peter T. Shapiro, Esq., of Lewis Brisbois Bisgaard & Smith LLP, hereby appears as attorney for plaintiff, and respectfully requests that all pleadings and other filings in this matter be directed to his attention at the address set forth below.

Dated: New York, New York
       June 21, 2007

                                             LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                             By: _____
                                                Peter T. Shapiro (PS-9692)
                                                *Attorneys for Plaintiff*
                                                199 Water Street, 25th Floor
                                                New York, New York 10038
                                                (212) 232-1300

To:    LATHAM & WATKINS
        *Attorneys for Defendants*
        885 Third Avenue
        New York, NY 10022-4834
        (212) 906-1200

## CERTIFICATE OF SERVICE

    PETER T. SHAPIRO hereby certifies that the within Notice of Appearance is being served and filed by ECF this 21st day of June, 2007.

                                          /s/ Peter T. Shapiro
                                               Peter T. Shapiro