UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AMBASSADOR PUBLICATIONS, L.L.C.,       07 CIV 05687 (LTS)

                Plaintiff,

      - against -       **RULE 7.1 CERTIFICATE**

REACHLOCAL, INC. and STEPHAN
CESARINI,

                Defendants.
-------------------------------------------------------------x

      Plaintiff Ambassador Publications, L.L.C., by its attorneys Lewis Brisbois Bisgaard & Smith LLP, hereby certifies that it is a privately held limited liability company that has no parent or subsidiary that is a publicly held corporation and that no publicly held corporation owns ten percent or more of its shares.

Dated:    New York, New York
            June 21, 2007

                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                By: _____
                    Peter T. Shapiro (PS 9692)
                    Attorneys for Plaintiff
                    199 Water Street
                    New York, New York 10038
                    212.232.1300

To:    LATHAM & WATKINS
        Attorneys for Defendants
        885 Third Avenue
        New York, NY 10022-4834
        212.906.1200

4818-8179-4561.1

## CERTIFICATE OF SERVICE

Peter T. Shapiro hereby certifies that the within Rule 7.1 Certificate is being duly served and filed by ECF this 21st day of June, 2007.

_____
Peter T. Shapiro

4829-4027-3152.1

2