UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBASSADOR PUBLICATIONS, LLC,

    Plaintiff,

- against -

REACHLOCAL, INC. AND STEPHAN CESARINI,

    Defendants.

07 Civ. 5687 (LTS)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

    PLEASE TAKE NOTICE that upon the annexed Declarations of Jason J. Kim and Robert C. Wright dated June 20, 2007, and the accompanying Memorandum of Law, dated June 21, 2007, the undersigned hereby moves this Court on behalf of all defendants, in Courtroom 17C of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an order dismissing the complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3) and/or 12(b)(6) or, in the alternative, to transfer pursuant to 28 U.S.C. § 1404(a).

    Pursuant to Rule 2(B) of the Individual Practices of Judge Laura Taylor Swain, the undersigned hereby certifies that counsel for the defendants has used its best efforts, but has been unable to resolve informally with counsel for Plaintiff the matter raised in this motion and the accompanying Memorandum of Law.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 21, 2007<br>New York, New York | LATHAM & WATKINS LLP<br><br>By:  s/ Sabrina Y. Hassan<br>     Blair G. Connelly (BC-0237)<br>     Sabrina Y. Hassan (SH-2081)<br><br>885 Third Avenue<br>New York, New York  10022<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br><br>*Counsel for Defendants*<br>*ReachLocal, Inc. and Stephan Cesarini*<br><br>*Of Counsel:*<br>Daniel Scott Schecter<br>Jason J. Kim<br>Amjad M. Khan<br>Michele L. Lorbieski<br>LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>(213) 485-1234 |

To:

Peter T. Shapiro, Esq.

LEWIS BRISBOIS BISGAARD & SMITH LLP

199 Water Street

New York, New York 10038

*Counsel for Plaintiff*

2