UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBASSADOR PUBLICATIONS, L.L.C., <br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>REACHLOCAL, INC. and STEPHAN CESARINI,<br><br>　　　　　　　　Defendants. | 07 Civ. 5687 (LTS) |

### DECLARATION OF JASON J. KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER PURSUANT TO RULE 12(b)(1), (3) AND/OR (6) OR, IN THE ALTERNATIVE, TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

I, Jason J. Kim, am an attorney with the law firm of Latham & Watkins LLP, 633 West Fifth Street, Los Angeles, California. I am admitted to, and am in good standing in, the State Bar of California. I respectfully submit this declaration in support of Defendants' motion to dismiss or transfer, submitted herewith:

1. On June 18, 2007, I met and conferred over the telephone with Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith, LLP concerning Defendants' motion to dismiss or transfer. In spite of my best efforts, I have been unable to resolve informally with Mr. Shapiro the issues raised during our telephone conversation. Attached as Exhibit A is a true and correct copy of a letter that I sent to Mr. Shapiro discussing the contents of our June 18, 2007 telephone conversation.

2. Attached as Exhibit B is a true and correct copy of a printout made on June 20, 2007 from the website displayed at:

http://www.sitepen.com/pressReleases.php?item=20070430.

3.  Attached as Exhibit C is a true and correct copy of a printout that I made on June 20, 2007 from the website displayed at: http://www.sitepen.com/contact.php.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on this 20th day of June 2007, in Los Angeles, California.

_____
Jason J. Kim