Jason J. Kim
Direct Dial: 213-891-8982
jason.kim@lw.com

633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

June 19, 2007

**VIA FACSIMILE**

Peter T. Shapiro, Esq.
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street
New York, New York  10038

Re:    Ambassador Publications, LLC v. ReachLocal, Inc. and Stephen Cesarini

Dear Mr. Shapiro:

On June 18, 2007, we conducted a meet and confer by telephone. This letter sets forth my understanding of our respective positions. If I have misunderstood your position, please advise me immediately.

As I indicated to you, we will be moving to dismiss the above-referenced action on behalf of defendants ReachLocal, Inc. and Stephen Cesarini pursuant to Rules 12(b)(1),(3) and (6) of the Federal Rules of Civil Procedure. The motion will be made on the grounds that the forum selection clause contained in the parties' agreements requires claims to be filed in Los Angeles, California. In the alternative, we will be moving to transfer the case to California pursuant to 28 U.S.C. § 1404 on grounds of convenience.

While we were unable to reach a compromise on these issues during yesterday's call, we remain willing to discuss the issue further.

Very truly yours,

Jason J. Kim
of LATHAM & WATKINS LLP

cc:    Daniel Scott Schecter, Esq.
       Amjad M. Khan, Esq.

LA\1738308.2