Home   Services   Training   Blog   **News**   Labs   Jobs   Account   Contact



SitePen analyzed vital components for Ambassador's web-based platform: the ability to manage a large number of advertising campaigns, use as a sales friendly tool and ultimately a design that addresses the goals of advertisers by meeting the needs of their consumers.

The software application enhances Ambassador's position as a full-service media company with print directories and the ability to offer Internet presence across major search engines and internet yellow pages.

"By having our own, branded Web presence, crafted with SitePen's expertise, Ambassador will continue to meet its goal of providing all advertisers the ability to offer their goods and services to ready-to-buy consumers," said Hipple.

**About Ambassador Publications**: New York City-based Ambassador, founded in 1999, publishes print directories in metro New York. Ambassador is at the forefront of Internet directional advertising. With the launch of its custom-built software application -- allowing advertisers to connect with clients across many search engines and IYPs -- Ambassador continues to lead the media industry in delivering leads to local and national advertisers in print and online. www.ambassadorlocal.com

**About SitePen**: Based in Palo Alto, California, SitePen focuses on building rich, internet applications that push the limits of the web. Its superstar team works consistently to define the user experience while developing clean, functional applications for companies throughout the consumer, enterprise, and open source spaces. SitePen contributes to a number of open-source initiatives, including the Dojo Toolkit, Cometd, and the Dojo Offline Toolkit. Online at www.sitepen.com.

Web Site: www.ambassadorpublishing.com

Copyright 2007 SitePen, Inc. All Rights Reserved