Home    Services    Training    Blog    News    Lal



**Your Name**

**Your E-mail Address***

**Topic**

I have an idea!

**Tell Us About It***

Send it!

SitePen will use the following information to contact you regarding your inquiry. This information will not be shared or redistributed. period.

## Contact us the old fashioned way

530 Lytton Avenue
2nd Floor, Suite 5301
Palo Alto, CA 94301

T: 650.968.8787
F: 650.618.2011

Copyright 2007 SitePen, Inc. All Rights Reserved