UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBASSADOR PUBLICATIONS, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>REACHLOCAL, INC. AND STEPHAN CESARINI,<br><br>Defendants. | 07 Civ. 5687 (LTS)<br><br>**CERTIFICATE OF SERVICE** |

I, Jessica Bengels, hereby certify that on June 21, 2007, I caused true and correct copies of the following documents:

1. Notice of Motion, dated 6/21/07;
2. Memorandum of Law in Support of Defendants' Motion to Dismiss or Transfer Pursuant to Rule 12(b)(1), (3), and/or (6), or in the Alternative, to Transfer Pursuant to 23 U.S.C. § 1404(a), dated 6/21/07,
3. Declaration of Jason J. Kim in Support of Defendants' Motion to Dismiss or Transfer Pursuant to Rule 12(b)(1), (3), and/or (6) or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a), dated 6/20/07; and
4. Declaration of Robert C. Wright Kim in Support of Defendants' Motion to Dismiss or Transfer Pursuant to Rule 12(b)(1), (3), and/or (6) or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a), dated 6/20/07

to be served in accordance with the Federal Rules of Civil Procedure via hand delivery upon:

>Peter T. Shapiro, Esq.
>Lewis Brisbois Bisgaard & Smith LLP
>199 Water Street
>New York, New York 10038
>*Counsel for Plaintiff*

Dated:  June 21, 2007
       New York, New York

LATHAM & WATKINS LLP

By: _____
     Jessica Bengels (JB-2290)

885 Third Avenue
New York, New York  10022
(212) 906-1200

*Counsel for Defendants*
*ReachLocal, Inc. and Stephan Cesarini*

*Of Counsel:*
Daniel Scott Schecter
Jason J. Kim
Amjad M. Khan
Michele L. Lorbieski
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
(213) 485-1234