UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBASSADOR PUBLICATIONS, LLC,

                     Plaintiff,

-against-

REACHLOCAL, INC AND STEPHAN CESARINI,

                     Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2007

07 Civ. 5687 (LTS)

**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

This matter having been brought before the Court by motion to admit Jason J. Kim *pro hac vice* to appear and participate as counsel for Defendants ReachLocal, Inc. and Stephan Cesarini in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Jason J. Kim of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for ReachLocal, Inc. and Stephan Cesarini in these proceedings.

Dated: July 9, 2007

                                                         _____
                                                         Honorable Laura T. Swain
                                                         United States District Judge