USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2007

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

PETER T. SHAPIRO
*PARTNER*
DIRECT DIAL: 212-232-1322
E-MAIL: pshapiro@lbbslaw.com

June 28, 2007

FILE NO.
28939-6

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

LAURA TAYLOR SWAIN

Re: *Ambassador Publications, L.L.C. v. ReachLocal, Inc., et al.*
    07 CIV 5687 (LTS)

Dear Judge Swain:

I represent the plaintiff in this matter. I write with reference to the motion to dismiss or transfer recently filed by defendants ReachLocal, Inc. and Stephan Cesarini. I have conferred with Jason J. Kim, Esq. of Latham & Watkins, one of the attorneys for defendants, and we have agreed on a briefing schedule. Plaintiff's opposing papers will be due on July 11, while defendants' reply papers will be due on July 27. The return date will be deemed July 30. We will then await word from Your Honor as to whether the request of movants' counsel for oral argument is to be granted.

Mr. Kim has reviewed this letter in draft and approved its contents.

Please advise if the proposed briefing schedule is not acceptable to the Court and we will endeavor to agree upon a schedule that the Court prefers.

| CHICAGO | LAFAYETTE | LAS VEGAS | LOS ANGELES | ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 312.345.1718 | 337.326.5777 | 702.893.3383 | 213.250.1800 | 714.545.9200 | 602.385.1040 | 916.564.5400 | 909.387.1130 | 619.233.1006 | 415.362.2580 | 520.202.2565 |

4829-5291-5969.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

Hon. Laura Taylor Swain
June 28, 2007
Page 2

We thank the Court for its attention to this matter.

                      Respectfully,

                      *Peter T. Shapiro*
                      LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:ps

cc:    Sabrina Hassan, Esq.
       Latham & Watkins
       885 Third Avenue
       New York, New York 10022-4834

       Jason J. Kim, Esq.
       Latham & Watkins
       633 West Fifth Street
       Los Angeles, CA 90071

       (both via telecopier)

*The proposed briefing schedule is approved.*

**SO ORDERED.**

*/s/ Laura Taylor Swain  7/9/2007*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

4829-5291-5969.1