UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMBASSADOR PUBLICATIONS, L.L.C.,    07 CIV 5687 (LTS)

                           Plaintiff,

- against -    **STIPULATION AND PROPOSED ORDER**

REACHLOCAL, INC., STEPHAN CESARINI, PAUL DeBIASE, LAWRENCE STONE, ADVANCED ROI, and ANDREW KNIGHT,

                           Defendants.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED and agreed by and between the attorneys for the parties who have appeared herein as follows:

1. Plaintiff may serve and file a Second Amended Complaint in the form previously exchanged with defendants' attorneys.

2. The pending motion to dismiss or transfer made by defendants ReachLocal, Inc. and Stephan Cesarini shall be deemed to have been addressed to the Second Amended Complaint.

3. The previously stipulated briefing schedule for that motion shall remain in effect. Defendants' moving papers are deemed filed as of June 21, 2007, opposing papers are due on July 11, 2007, reply papers are due on July 27, 2007 and the motion return date shall be July 30, 2007.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro (PTS 9692)
Attorneys for Plaintiff
199 Water Street
New York, NY 10038
212-232-1300

Copies mailed  faxed to signing
Chambers of Judge Swain  counsel
7.12.07

4810-6626-6881.1

LATHAM & WATKINS LLP

By: *(signature)*

Sabrina Hassan (SH 2081)
Attorneys for Defendants ReachLocal,
Inc. and Stephan Cesarini
885 Fifth Avenue
New York, NY 10022
212-906-1200

So ordered:

*(signature)* 7/11/07
U.S.D.J.

4810-6626-6881.