UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBASSADOR PUBLICATIONS, L.L.C.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>REACHLOCAL, INC., STEPHAN CESARINI, PAUL DeBIASE, LAWRENCE STONE, ADVANCED ROI, ANDREW KNIGHT, and DOUGLAS KELLEHER,<br><br>　　　　　　　　　Defendants. | 07 Civ. 5687 (LTS)<br><br>**REQUEST FOR JUDICIAL NOTICE** |

　　　　Pursuant to Federal Rule of Evidence 201, Defendants ReachLocal, Inc. and Stephan Cesarini request that the Court take judicial notice of the following:

　　　　Complaint, *Ambassador Publications, L.L.C. v. Paul DeBiase, Lawrence Stone, and Advanced ROI*, Case No. 07600937 (March 22, 2007), pending in the Supreme Court of the State of New York. A true and correct copy of the document is attached hereto as Exhibit A.

Dated: New York, New York
　　　　July 27, 2007

　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　　　　　By: /s Sabrina Y. Hassan
　　　　　　　　　　　　　　　　　　　　　　Blair G. Connelly (BC 0237)
　　　　　　　　　　　　　　　　　　　　　　Sabrina Y. Hassan (SH 2081)
　　　　　　　　　　　　　　　　　　　　　　885 Third Avenue, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 906-1200
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　*ReachLocal, Inc. and Stephan Cesarini*

*Of Counsel:*

Daniel Scott Schecter
Jason J. Kim
Amjad M. Khan
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
(213) 485-1234