UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMBASSADOR PUBLICATIONS, L.L.C.,

        **Plaintiff,**

    -against-

REACH LOCAL INC., STEPHAN CESARINI,
PAUL DEBIASE, LAWRENCE STONE,
ADVANCED ROI, ANDREW KNIGHT and
DOUGLAS KELLEHER,

              **Defendants,**

-----------------------------------------------------------------x

        **FRCP 7.1 STATEMENT**

        **Index No.:**
    07 Civ 05687 (LTS)

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Advanced ROI, Inc. (a private non-governmental party) certifies that it has no corporate parent and no publicly held corporation owns 10% or more of Advanced ROI, Inc. stock.

Dated: Yonkers, New York
       September 11, 2007

        **CURTO, SCHWARTZ, CURTO,
        BOND & VOMVOLAKIS, LLP**

        By: MICHAEL J. CURTO, ESQ. (MC-1338)
        *Attorneys for Defendants*
        *Advanced ROI, Inc., Lawrence Stone and*
        *Paul DeBiase*
        The Hudson Valley Bank Building
        35 East Grassy Sprain Road
        Yonkers, New York 10710
        E-Mail: MJC@CSCBV.COM
        (914) 779-1100

Index No.: 07-CIV 05687 (LTS)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMBASSADOR PUBLICATIONS, LLC,

        Plaintiff,

  -against-

REACHLOCAL, INC., STEPHAN CESARINI,
PAUL DEBIASE, LAWRENCE STONE, ADVANCED ROI,
ANDREW KNIGHT and DOUGLAS KELLEHER,

        Defendants.

## DEFENDANT'S RULE 7.1 STATEMENT

CURTO, SCHWARTZ, CURTO, BOND & VOMVOLAKIS, LLP

By: _____
    Michael J. Curto, Esq. (MC-1338)
    Attorney for Defendant
**THE HUDSON VALLEY BUILDING**
**35 EAST GRASSY SPRAIN ROAD**
**YONKERS, NEW YORK 10710**
**914-779-1100**

*PLEASE TAKE NOTICE*
<u>Notice of Entry</u>

☐ that the within is a (certified) true copy of a       entered in the office of the
clerk of the within named Court on       2007.

<u>Notice of Settlement</u>
      of which the within is a true copy,  will be presented for settlement to
☐ that a       , one of the judges of the within named court on     , 2007
the Hon.

**CURTO, SCHWARTZ, CURTO, BOND & VOMVOLAKIS, LLP**
*Attorneys for*
**The Hudson Valley Building**
**35 East Grassy Sprain Road**
**Yonkers, New York 10710**
**914-779-1100**