UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AMBASSADOR PUBLICATIONS, LLC,

        Plaintiff,

-v-                                    No. 07 Civ. 5687 (LTS)(DCF)

REACHLOCAL, INC. ET AL.,

        Defendants.

-----------------------------------------------------------x

**ORDER**

      It is hereby ordered that, in light of the pending motion, the initial pretrial conference in the above-captioned action that was scheduled for 4:00 pm on Friday, September 14, 2007, is adjourned to Monday, October 22, 2007, at 4:30 pm.

SO ORDERED.

Dated: New York, New York
       September 11, 2007

                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2007